FILED

07/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA
THE OFFICE OF THE CLERK OF SUPREMEN COURT
HELENA, MONTANA 59620-3003

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 21-0011

| | |
|---|---|
| IN THE MATTER OF THE CONSERVATORSHIP OF<br><br>H.D.K.,<br><br>A Protected Person. | ORDER GRANTING APPELLANT'S MOTION TO INCREASE REPLY BRIEF WORD COUNT |

Having read Appellant's Motion to Increase Reply Brief Word Count, finding no objection, and good cause appearing, it is hereby ordered Appellant may increase his reply brief word count from 5,000 words up to 10,000 words.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 26 2021